IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL CHOICES.US, INC. | ) Case No. 08 B 5224 |
| Debtor and Debtor in Possession. | ) Judge Susan Pierson Sonderby |
| | ) Hearing: March 25, 2008 at 10:00 A.M. |

## NOTICE OF MOTION

To:     See attached service list

PLEASE TAKE NOTICE that on March 25, 2008, at 10:00 a.m., I shall appear before the Honorable Susan Pierson Sonderby, or any other Judge sitting in her stead, in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present **Local Choice's Motion to Extend Time to File Original Schedules, Lists of Creditors and Equity Security Holders**, a copy of which is enclosed and is herewith served upon you. At which time and place you may appear and be heard.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram
Helena Milman
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed on the attached service list, via electronic delivery, as indicated on the list, by 5:00 P.M. on March 19, 2008.

/s/ Forrest L. Ingram

## SERVICE LIST

**By ECF Notice:**

**Sarah & Claus Richter**
**c/o Abraham Brustein, ESQ**
Dimonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847 698-9600 Ext. 221
847 698-9623 (fax)
abrustein@dimonteandlizak.com

**William T Neary**
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

**Via regular mail**

**Local Choice US, Inc.**
1112 S. Wabash
Chicago, IL 60605
Tax id: 06-1819903

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL CHOICES.US, INC. | ) | Case No. 08 B 5224 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing: March 25, 2008 at 10:00 A.M. |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE ORIGINAL SCHEDULES,
LISTS OF CREDITORS AND EQUITY SECURITY HOLDERS**

NOW COMES Debtor and Debtor in Possession, **LOCAL CHOICES US, INC.**, ("Debtor") by and through its attorneys at Forrest L. Ingram, P.C., and for its Motion to Extend Time to File Original Schedules, states as follows:

1. On March 5, 2008, Debtor filed its Chapter 11 petition.

2. Pursuant to Rule 1007, Debtor's Original Schedules, lists of Creditors and Equity Security Holders are currently due by March 20, 2008.

3. Rule 1007 further states that time for filing the Original Schedules, lists of Creditors and Equity Security Holders may be extended for cause shown and on notices to the US Trustee and any other party as the court may direct.

4. Debtor's lists of creditors, executory contracts, and other lists are quite extensive and will required extra time to fully review them and integrate them into the schedules.

5. Further, Debtor's place of business, including its computers, has been damaged by a leaking and collapsing roof, thus hindering its ability to complete the schedules in a timely manner.

6.      Debtor's attorneys seek a two week extension to file Original Schedules, lists of

Creditors and Equity Security Holders.

WHEREFORE, Debtor respectfully requests that this Court enter an order extending time to

file Debtor's Original Schedules, lists of Creditors and Equity Security Holders until April 3,

2008.

                                    Respectfully submitted,
                                    LOCAL CHOICES US, INC.

                                By:    /s/ Forrest L. Ingram
                                       One of its attorneys

Forrest L. Ingram
Helena Milman
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838