# United States Bankruptcy Court
### Northern District of Illinois

In re  **LOCAL CHOICE.US, INC.**  
Debtor(s)

Case No. **08-5224**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LOCAL CHOICE.US, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 10, 2008**  
Date

**/s/ Forrest L. Ingram**  
**Forrest L. Ingram 3129032**  
Signature of Attorney or Litigant  
Counsel for **LOCAL CHOICE.US, INC.**  
**Forrest L. Ingram, P.C.**  
**79 W. Monroe St., Suite 900**  
**Chicago, IL 60603**  
**(312) 759-2838 Fax:(312) 759-0298**  
**foringpc@aol.com**