### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL CHOICES.US, INC. | ) | Case No. 08 B 5224 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Pamela Hollis |
| | ) | |

### DEBTOR'S STATEMENT UNDER § 1116

NOW COMES the Debtor LOCAL CHOICES.US, INC. ("Local Choices"), through its

Secretary James Vincent, under penalty of perjury, pursuant to 11 U.S.C. § 1116(1), states as

follows with respect to documents in existence on the petition date:

1. No current balance sheet of the Debtor had been prepared.

2. No statement of operations of the Debtor had been prepared.

3. No cash-flow statement for the Debtor had been prepared.

4. No Federal tax returns for the Debtor had been prepared.

Respectfully submitted,

LOCAL CHOICES.US, INC

By: /s/ James Vincent
Secretary of the Debtor

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838