IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | Chapter 11 |
|---|---|---|
| LOCAL CHOICES US, INC., | ) | |
| | ) | Case No. 08 B 5224 |
| Debtor and Debtor in Possession. | ) | |
| | ) | Hon. Pamela Hollis |
| | ) | Date: 7/1/2008 at 10:00 a.m. |

### ORDER GRANTING FIRST INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the First Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Sec. 1334. This is a core proceeding pursuant to 28 U.S.C. sec. 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. FORREST L. INGRAM, P.C. is awarded $52,341.50 [$54,111.50 struck through] of the professional compensation requested for the time period beginning March 5, 2008 and ending May 31, 2008.

2. FORREST L. INGRAM, P.C. is awarded $1,224.25 for reimbursement of expenses for the time period beginning March 5, 2008 and ending May 31, 2008.

3. FORREST L. INGRAM, P.C. is authorized to apply the retainer of $4,300.00 to the amounts awarded in Paragraph 1 and 2 above.

4. [Debtor is authorized and directed to pay FORREST L. INGRAM, P.C. struck through] The remaining balance due of $53,565.75 [of $51,035.25 struck through] for compensation for services and reimbursement of expenses, may not be dispersed by the estate until further order of court, but may be collected from the guarantors.

Dated: 7/3/08

BY THE COURT:

_Bruce W. Black_ (signed)

The Honorable Pamela Hollis
United States Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.