UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Bruce W. Black        Hearing Date: 7/31/08

Bankruptcy Case: 08 B 5224       Adversary No.: ——

Title of Case: Chapter 11 — In re Local Choices US, Inc.

Brief Statement of Motion: Motion to compel 2004 Exam / Motion to Vacate Portion of Order of July 15, 2008 by Debtor.

Names and addresses of appearing counsel:

Abraham Brustein              Forrest Ingram
216 W Higgins                 79 W. Monroe Suite 500
Park Ridge IL 60068           Chicago IL 60603

Representing: Richters         Debtor

## ORDER

This matter coming to be heard on Debtor's Motion to Vacate Portions of July 15 Order, the court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Richters' discovery requests are deemed served on the Debtor and Debtor's counsel;

2. The Debtor's final deadline for compliance and response with the plaintiff's discovery requests is set for August 15, 2008.

3. The 2004 examination of James Vincent is set for August 22, 2008 at the offices of DiMonte + Lizak, LLC, assuming availability.

Bruce W. Black /s/