# EXHIBIT C
# TIMES ARRANGED BY ATTORNEYS AND THEN BY NATURES

**Forrest L. Ingram, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 900
Chicago, IL 60603-4907

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 6/6/08 | Resrch | Researched removal issues | Clerk | 2.0 | $180.00 |
| 6/11/08 | Admin | wrote opposition to Plaintiff's motion for extension of judgment | Clerk | 1.0 | $90.00 |
| 6/12/08 | Admin | wrote opposition to Plaintiff's motion for extension of judgment | Clerk | 1.0 | $90.00 |
| 6/13/08 | Admin | finished opposition, filed in Courthouse, faxed to opposing attys | Clerk | 2.0 | $180.00 |
| 6/20/08 | Trial | worked on motion to strike P's motion to compel payment | Clerk | 4.0 | $360.00 |
| 6/25/08 | Trial | filed; faxed surreply | Clerk | 0.5 | $45.00 |
| 8/7/08 | Resrch | researched for motion to dismiss | Clerk | 1.0 | $90.00 |
| 6/2/08 | Admin | Review email from Lasko; respond. Send email to client to pay Lasko's fees. | FLI | 0.1 | $42.00 |
| 6/2/08 | Admin | Spoke with JV re plan to emerge from bankruptcy. | FLI | 0.2 | $84.00 |
| 6/2/08 | Admin | Spoke with JV re various matters related to the move, pending motions, and strategies. | FLI | 0.2 | $84.00 |
| 6/2/08 | CM | Spoke with Abe Brustein re check for Reiters | FLI | 0.1 | $42.00 |
| 6/2/08 | CM | Retrieve voice mail message; return call to Nancy Temple. | FLI | 0.1 | $42.00 |
| 6/2/08 | Trste | Review email from Friedman; forward to client. | FLI | 0.1 | $42.00 |
| 6/2/08 | Trste | Draft detailed email-letter to trustee re circumstances preventing debtor from filing operating reports. Send copy of money order showing trustee's fees as well as § 1116 statement. | FLI | 0.5 | $210.00 |
| 6/3/08 | Admin | Review email from K. Hynes re settlement and dismissal of state court action. | FLI | 0.1 | $42.00 |
| 6/3/08 | Admin | Spoke with Ken Armstrong re funding some expenses of Local Choices. | FLI | 0.3 | $126.00 |
| 6/3/08 | Admin | Spoke with JV re plan devised by JV and WR to market interactive concierge to entire country. | FLI | 0.4 | $168.00 |
| 6/3/08 | Admin | Draft email to K. Armstrong re status. | FLI | 0.2 | $84.00 |
| 6/3/08 | CM | Court appearance re MBA's motions and LC's adversary against MBA for injunctive relief.  Matters continued to June 17. | FLI | 0.5 | $210.00 |
| 6/3/08 | CM | Draft email to Abe Brustein and Kevin Hynes re continuance of motions to June 17.  Direct PB to cover court call on that date. | FLI | 0.2 | $84.00 |
| 6/3/08 | CM | Spoke with attorney from DiMonte & Lisak re debtor's decision about vacating 1111 S. Wabash. | FLI | 0.1 | $42.00 |
| 6/3/08 | CM | Email to JC re 1111 S. Wabash; proposal by landlord. | FLI | 0.1 | $42.00 |
| 6/3/08 | CM | Spoke with JV re conversation with Armstrong; discuss status of move and proposal to be made to Richters. | FLI | 0.2 | $84.00 |
| 6/3/08 | CM | Spoke with Derek Samz re JV's proposal with respect to 1111 S. Wabash. | FLI | 0.1 | $42.00 |

| 6/3/08 | Cred | Retrieve voice mail message; return call to Judy at Tribune Eagle re notice to settle. | FLI | 0.1 | $42.00 |
|--------|------|------|------|------|--------|
| 6/4/08 | Admin | Review email from K. Armstrong; send with inquiry to JV. | FLI | 0.2 | $84.00 |
| 6/4/08 | Admin | Spoke with JV re meeting today, agenda items. | FLI | 0.2 | $84.00 |
| 6/4/08 | Admin | Met with JV re business plan, problems with investors, move, landlords, etc. | FLI | 1.5 | $630.00 |
| 6/4/08 | Admin | Review email from K. Armstrong; check wire transfer into IOLTA account.  Send receipt to Armstrong. | FLI | 0.3 | $126.00 |
| 6/4/08 | Admin | Spoke with JV re wire transfer from Armstrong and check to Rackspace pursuant to court order. | FLI | 0.2 | $84.00 |
| 6/4/08 | CM | Spoke with A. Brustein re resolution of Richters' claim. | FLI | 0.2 | $84.00 |
| 6/4/08 | CM | Spoke with JV re resolving Richters' claim. | FLI | 0.2 | $84.00 |
| 6/4/08 | CM | Draft check to Rackspace pursuant to court order of 5/1/08; draft fax letter to Rackspace's attorneys re delivering check to Sven in court tomorrow, pursuant to court ordeer of 5/1/08. | FLI | 0.2 | $84.00 |
| 6/4/08 | CM | Draft settlement agreement with Richters.  Fax to A. Brustein, copy to JV. | FLI | 0.2 | $84.00 |
| 6/4/08 | CM | Calls to Keith and Sven re Rackspace; left messages. | FLI | 0.1 | $42.00 |
| 6/4/08 | CM | Spoke with A. Brustein re negotiations re Richters. | FLI | 0.4 | $168.00 |
| 6/5/08 | Admin | Email to JV re use of funds deposited in the IOLTA account. | FLI | 0.1 | $42.00 |
| 6/5/08 | Admin | Spoke with JV re assumed name search and problems with the move. | FLI | 0.2 | $84.00 |
| 6/5/08 | Admin | Email to accountant re need for operating report and payment of retainer approved by the court. | FLI | 0.2 | $84.00 |
| 6/5/08 | Admin | Spoke with JV re assumed names. | FLI | 0.1 | $42.00 |
| 6/5/08 | Adv | Court appearance re motion to compromise controversy with MBA to resolve adversary, motions and countermotions.  All matters continued to June 17 at 10:30 a.m. | FLI | 0.5 | $210.00 |
| 6/5/08 | CM | Email to JV re settlement terms with Richter. | FLI | 0.1 | $42.00 |
| 6/5/08 | CM | Draft email to Brustein re moving from 1111 S. Wabash; copy client. | FLI | 0.1 | $42.00 |
| 6/5/08 | CM | Conference with Sven Nylen re payment to Rackspace. | FLI | 0.2 | $84.00 |
| 6/5/08 | CM | Court appearance re Rackspace motion to modify stay.  Deliver check to Rackspace attorney Sven Nylen.  Get order entered allowing time to respond to motion.  Hearing set for June 26 at 10:30 a.m. | FLI | 0.4 | $168.00 |
| 6/5/08 | CM | Review email from A. Brustein; sent to JV.  Spoke with JV re response to Brustein. | FLI | 0.2 | $84.00 |
| 6/5/08 | Cred | Conference with two creditors re priority claims. | FLI | 0.2 | $84.00 |
| 6/5/08 | Fee | Reviewed computerized summary of time sheets.  Direct PB to draft motion for fees and costs. | FLI | 0.2 | $84.00 |
| 6/5/08 | Trste | Conference with trustee re status of case. | FLI | 0.1 | $42.00 |
| 6/6/08 | Admin | Spoke with JV re need for further distribution from the IOLTA account to pay moving expenses.  He will bring receipts for all distributions on Monday. | FLI | 0.1 | $42.00 |
| 6/6/08 | Admin | Obtain keys to 1112 S. Wabash from client.  Draft email to K. Hynes and A. Brustein re same. | FLI | 0.2 | $84.00 |
| 6/6/08 | Admin | Spoke with accountant about operating reports, information to be supplied next week. | FLI | 0.2 | $84.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/6/08 | Admin | Sent email to client re balance due in Client Fund account. | FLI | 0.2 | $84.00 |
| 6/6/08 | CM | Review email from JV re Richters. Research adversary case and state court documents to provide detailed answer to JV's inquiries. | FLI | 0.5 | $210.00 |
| 6/6/08 | CM | Direct HM and VC to research several issues relating to removal and jurisdiction of state court after removal. | FLI | 0.3 | $126.00 |
| 6/6/08 | CM | Spoke with JV re response to Richter. Send email to A. Brustein re same. | FLI | 0.2 | $84.00 |
| 6/6/08 | CM | Draft email to attorneys representing Rackspace. | FLI | 0.1 | $42.00 |
| 6/6/08 | CM | Discuss | FLI | | $0.00 |
| 6/6/08 | CM | Review email from Rackspace attorney; respond; copy to client. | FLI | 0.1 | $42.00 |
| 6/7/08 | Admin | Review account; email to JV and WR re Armstrong. | FLI | 0.2 | $84.00 |
| 6/7/08 | Admin | Review various emails from JV; respond to some. | FLI | 0.3 | $126.00 |
| 6/7/08 | Adv | Draft motion to voluntarily dismiss complaint against MBA, as well as notice of motion and order. | FLI | 0.6 | $252.00 |
| 6/7/08 | Adv | Direct PB to present motion to dismiss complaint. | FLI | 0.1 | $42.00 |
| 6/9/08 | Admin | Exchange emails with JV re Rackspace and other matters. | FLI | 0.2 | $84.00 |
| 6/9/08 | Admin | Spoke with JV re sale of furniture, move, Rackspace, Richter, and other matters. | FLI | 0.2 | $84.00 |
| 6/9/08 | Admin | Spoke with JV re sale of furniture, need for funds to deliver it. | FLI | 0.2 | $84.00 |
| 6/9/08 | Admin | Review emails from D. Weiland re URL uploads. Email to JV and WR re same. Review response from JV. | FLI | 0.2 | $84.00 |
| 6/9/08 | CM | Draft settlement agreement with Rackspace. | FLI | 1.0 | $420.00 |
| 6/9/08 | CM | Call to Erin Mertaugh at Kevin Hynes office re picking up keys. Left voice mail message. | FLI | 0.1 | $42.00 |
| 6/9/08 | Fee | Review and revise draft of 1st fee application. | FLI | 0.2 | $84.00 |
| 6/9/08 | Pre-Tr | C all to Rick Magnone re Richter v. Local Choices; informed him that, as attorney of record, I must be notified of any action. | FLI | 0.1 | $42.00 |
| 6/10/08 | Admin | Spoke with JV re move, disposition of furniture, transportation costs, search for new office space, and advertising. | FLI | 0.3 | $126.00 |
| 6/10/08 | Admin | Exchange emails with JV. Check account: no funds from Armstrong. | FLI | 0.1 | $42.00 |
| 6/10/08 | CM | Draft settlement agreement with Rackspace. | FLI | 1.2 | $504.00 |
| 6/10/08 | CM | Email to JV; send with copy of Rackspace agreement. | FLI | 0.1 | $42.00 |
| 6/10/08 | CM | Spoke with Sven Nylen re certain terms in Rackspace agreement. | FLI | 0.1 | $42.00 |
| 6/10/08 | CM | Spoke with JV, who approved draft of settlement agreement. | FLI | 0.1 | $42.00 |
| 6/10/08 | CM | Draft email to Keith Aurzeda and Sven Nylen; send with draft of settlement agreement with Rackspace. | FLI | 0.2 | $84.00 |
| 6/10/08 | CM | Draft letter to Rick Magnone re Richter v. Local Choices-- eviction action in state court. Copy to JV and WR. | FLI | 0.5 | $210.00 |
| 6/11/08 | Admin | Email to JV and WR re DIP account and Armstrong deposit. | FLI | 0.1 | $42.00 |
| 6/11/08 | CM | Email to Keith and Sven re settlement with Rackspace | FLI | 0.1 | $42.00 |
| 6/16/08 | Admin | Exchange emails with JV re status. | FLI | 0.1 | $42.00 |

| 6/19/08 | Admin | Spoke with JV re the move, furntiure disposal, business plan, Tantus, and other matters. | FLI | 0.2 | $84.00 |
|---------|-------|----------|-----|-----|--------|
| 6/19/08 | Admin | Send email to JV re agenda for tomorrow's meeting.  Copy to WR. | FLI | 0.2 | $84.00 |
| 6/19/08 | CM | Review Richter motions to compel payment and to take Rule 2004 discovery. | FLI | 0.2 | $84.00 |
| 6/19/08 | CM | Discuss with HM the legal defenses to the Richters' motions. | FLI | 0.2 | $84.00 |
| 6/19/08 | CM | Direct CV to research issues of automatic stay and election of remedies. | FLI | 0.2 | $84.00 |
| 6/19/08 | CM | Spoke with JV re Richter's motions in bankruptcy. | FLI | 0.2 | $84.00 |
| 6/19/08 | CM | Review Richters' state court motion, debtor's opposition, and plaintiffs' response to opposition.  Discuss with VC. | FLI | 0.3 | $126.00 |
| 6/19/08 | CM | Discuss election of remedies and modification of stay with VC. | FLI | 0.2 | $84.00 |
| 6/19/08 | CM | Draft surreply to motion to extend judgment of possession. | FLI | 1.5 | $630.00 |
| 6/19/08 | Cred | Spoke with employee at Timothy O'Tools re settlement with MBA. | FLI | 0.1 | $42.00 |
| 6/20/08 | Admin | Draft emails to JV and WR re meeting with JV. | FLI | 0.1 | $42.00 |
| 6/20/08 | CM | Revise surreply in state court case; revise motion for leve to file surreply.  Direct VC to file and serve. | FLI | 0.5 | $210.00 |
| 6/20/08 | CM | Revise motion to strike Richters' motion to compel.  Direct VC to draft notice of motion. | FLI | 1.0 | $420.00 |
| 6/20/08 | CM | Draft emails to JV and WR re Richters. | FLI | 0.1 | $42.00 |
| 6/20/08 | CM | Direct VC to make further changes to motion to strike. | FLI | 0.3 | $126.00 |
| 6/20/08 | CM | Direct VC and HM to make final changes and file motion to strike. | FLI | 0.1 | $42.00 |
| 6/20/08 | Cred | Exchange emails with K. Aurgeza re Rackspace settlement. | FLI | 0.1 | $42.00 |
| 6/21/08 | Admin | Spoke with JV re various efforts to jump-start the business. | FLI | 0.3 | $126.00 |
| 6/21/08 | CM | Email copy of motion to strike to Local Choices.  Direct CB to mail a copy as well. | FLI | 0.1 | $42.00 |
| 6/21/08 | CM | Review motion to allow 2004 discovery.  Scan it in and email it to client with instructions. | FLI | 0.5 | $210.00 |
| 6/21/08 | CM | Draft opposition to motion for Rule 2004 discovery.  Scan in and email to clients. | FLI | 0.4 | $168.00 |
| 6/21/08 | CM | File by ECF Debtor's opposition to Richters' motion for Rule 2004 discovery.  Fax to Brustein and UST. | FLI | 0.2 | $84.00 |
| 6/23/08 | Admin | Email to JV and WR re relocation. | FLI | 0.2 | $84.00 |
| 6/23/08 | CM | Review email from Keith; respond. | FLI | 0.1 | $42.00 |
| 6/24/08 | CM | Prepare for court and court appearance re Richter's motion to take 2004 discovery; out-of-court negotiations with Derek; get order entered requiring service of motion on Debtor and allowing Debtor's response by 7/11/08; status on 7/15/08. | FLI | 0.5 | $210.00 |
| 6/24/08 | CM | Prepare for court and court appearance re Richter's motion to compel and Debtor's motion to strik; out-of-court negotiations with Derek; get order entered requiring service of motion on Debtor and allowing Richters to respond by 7/11/08; status on 7/15/08. | FLI | 0.5 | $210.00 |

| Date | Category | Description | | | |
|---|---|---|---|---|---|
| 6/24/08 | CM | Exchange emails with Keith re Rackspace agreed order. | FLI | 0.1 | $42.00 |
| 6/24/08 | CM | Email to client re results of court presentation of two motions by Richters and one by debtor this morning. | FLI | 0.1 | $42.00 |
| 6/24/08 | Fee | Review Richters' objection to fees. Email copy to client, copy to PB. | FLI | 0.2 | $84.00 |
| 6/25/08 | Admin | Spoke with JV re future of Local Choices; set to meet to discuss plan. | FLI | 0.2 | $84.00 |
| 6/25/08 | CM | Prepare for court and court appearance re motion to extend judgment of possession and motion for leave to file surreply. Get hearing date for motion: 7/9/08. | FLI | 1.0 | $420.00 |
| 6/25/08 | CM | Complete draft of Agreed Order with Rackspace. Email to client for review. | FLI | 0.5 | $210.00 |
| 6/25/08 | CM | Review terms of agreed order with JV. He approved. | FLI | 0.2 | $84.00 |
| 6/25/08 | CM | Review email from Keith re proposed changes to agreed order. Draft response. Copy client. | FLI | 0.2 | $84.00 |
| 6/25/08 | CM | Prepare new redlined version of Agreed Order. Send to opposing counsel, copy to client. | FLI | 0.3 | $126.00 |
| 6/25/08 | CM | Review email from Keith; call Keith re agreed order. | FLI | 0.2 | $84.00 |
| 6/25/08 | CM | Email to JV re Rackspace agreed order; email to Keith and Sven re same. | FLI | 0.1 | $42.00 |
| 6/25/08 | CM | Spoke with JV re present status of Rackspace agreement. | FLI | 0.1 | $42.00 |
| 6/26/08 | Admin | Spoke with JV re Rackspace agreement. | FLI | 0.1 | $42.00 |
| 6/26/08 | CM | Call to Judge Sondereby's chambers re agreed continuance of Rackspace's motion to modify stay. | FLI | 0.1 | $42.00 |
| 6/26/08 | CM | Call from Judge Sonderby's courtroom deputy that the continuance is granted to 7/3/08 at 10:30 A.M. | FLI | 0.1 | $42.00 |
| 6/26/08 | CM | Call to Sven Nylen re continuance. | FLI | 0.1 | $42.00 |
| 6/27/08 | CM | Spoke with JV re motions by the Richters, move from 1111 S. Wabash, claims in bankruptcy, and the like. | FLI | 0.2 | $84.00 |
| 6/27/08 | DS&P | Spoke with JV re liquidating plan, sale of assets, assumption of debt to certain creditors (investors), and the like. | FLI | 0.2 | $84.00 |
| 6/27/08 | Fee | Review "limited objection" to fees; check claims docket; send email to client to give and to obtain information. | FLI | 0.3 | $126.00 |
| 6/27/08 | Fee | Exchange emails with JV re responses to questions. | FLI | 0.1 | $42.00 |
| 7/1/08 | Admin | Spoke with JV re need to file operating reports. | FLI | 0.2 | $84.00 |
| 7/1/08 | Admin | Prepare forms for filing operating reports. Scan in and email to JV with instructions for completing forms and send them back to me. | FLI | 0.4 | $168.00 |
| 7/1/08 | CM | Spoke with JV re Rackspace. Email to client re Rackspace agreed order. | FLI | 0.2 | $84.00 |
| 7/1/08 | CM | Amended agreed order re Rackspace. Emailed to opposing counsel and to client for review. | FLI | 0.2 | $84.00 |
| 7/1/08 | Cred | Reviewed proof of claim of Pawnee Leasing. Drafted email to WR and JV re implications. | FLI | 0.2 | $84.00 |
| 7/1/08 | Fee | Spoke with trustee re 1st fee application. Agreed to continue motion to 7/3/08 at 10:30. | FLI | 0.2 | $84.00 |
| 7/1/08 | Fee | Prepare for court and court appearance re 1st application for fees. Matter continued to 7/3/08. | FLI | 0.5 | $210.00 |
| 7/1/08 | Fee | Edit time sheets for June 2008. | FLI | 0.1 | $42.00 |

| 7/1/08 | Trste | Spoke with G. Silver re need to file operating reports immediately. | FLI | 0.1 | $42.00 |
|---|---|---|---|---|---|
| 7/2/08 | Admin | Exchange emails with client re operating reports. | FLI | 0.1 | $42.00 |
| 7/2/08 | Admin | Phone conference with JV re operating reports--still not completed. He will work on it tonight and get them to me tomorrow morning. | FLI | 0.3 | $126.00 |
| 7/2/08 | CM | Sent emails and called to Keith Aurgeda re agreed order; spoke by phone with Keith; he agreed with the order. | FLI | 0.2 | $84.00 |
| 7/2/08 | CM | Preapre final copy of agreed order; email to Keith, Sven, and client. | FLI | 0.1 | $42.00 |
| 7/2/08 | CM | Review order from MBA v. Local Choices. Email to client. | FLI | 0.1 | $42.00 |
| 7/2/08 | CM | Review motion of Richters for payment of administrative claim. | FLI | 0.2 | $84.00 |
| 7/2/08 | Cred | Exchange emails with client pre proof of cliam filed by Pawnee; send copy of claim and its exhibits to client. | FLI | 0.1 | $42.00 |
| 7/3/08 | Admin | Meet with JV; review and complete operating reports. Draft Addendum and get Jim's signature on four reports. | FLI | 0.5 | $210.00 |
| 7/3/08 | Admin | Scan in and file four operating reports by ECF. | FLI | 0.4 | $168.00 |
| 7/3/08 | Admin | Review email from Keith; print out & scan in Statement from Rackspace; forward to client with directions. | FLI | 0.1 | $42.00 |
| 7/3/08 | CM | Exchange emails with opposing counsel; meet with JV; get signature agreed order. | FLI | 0.2 | $84.00 |
| 7/3/08 | CM | Meet with Sven Nylen; get agreed order signed. Present agreed order to court; get order entered. | FLI | 0.3 | $126.00 |
| 7/3/08 | CM | Review Richters' motion for administrative priority claim; email copy to client. | FLI | 0.1 | $42.00 |
| 7/3/08 | CM | Draft response in opposition to Richters' motion for administrative claim. Email to clients. | FLI | 0.8 | $336.00 |
| 7/3/08 | DS&P | Court appearance re pre-confirmation status; get order entered setting 9/2/08 as date for filing disclosure statement and plan, and setting next status on 9/9/08 at 10:30 A.M. | FLI | 0.2 | $84.00 |
| 7/3/08 | DS&P | Email to client re date set for filing disclosure statement and plan. | FLI | 0.1 | $42.00 |
| 7/3/08 | Fee | Prepare for court and court appearance re 1st application for fees. Meet with R. Friedman and Richters' attorney. Work out agreed on language. Get order entered allowing fees. | FLI | 0.4 | $168.00 |
| 7/3/08 | Fee | Email to client re fees awarded by the court. | FLI | 0.1 | $42.00 |
| 7/3/08 | Trste | Conference with R. Friedman re setting date for filing disclosure statement and plan. | FLI | 0.1 | $42.00 |
| 7/3/08 | Trste | Meet with R. Friedman; review operating reports with him. | FLI | 0.1 | $42.00 |
| 7/8/08 | CM | Email to JV re court tomorrow on Richters' motion to extend judgment of possession and re landlord's notice of intent to access and enter dwelling. | FLI | 0.2 | $84.00 |
| 7/8/08 | CM | Draft letter to R. Magnone re notice for entry of premises at 1111 S. Wabash. Fax and mail, copy to client. | FLI | 0.3 | $126.00 |
| 7/8/08 | CM | Review pleadings to prepare for court in Richter | FLI | 0.5 | $210.00 |
| 7/9/08 | CM | Court appearance re motion to extend judgment of possession; argue lack of jurisdiction. Get further briefing schedule. | FLI | 1.2 | $504.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/9/08 | CM | Spoke with R. Magnone re giving access to landlord to view premises. | FLI | 0.2 | $84.00 |
| 7/9/08 | CM | Email to JV re court action in Richter v. Local Choices in state court. | FLI | 0.1 | $42.00 |
| 7/9/08 | CM | Spoke with JV re giving access to landlord to examine 1111 S. Wabash. | FLI | 0.2 | $84.00 |
| 7/9/08 | CM | Spoke with Richard Magnone re terms and conditions for allowing landlord to enter premises and take pictures. | FLI | 0.2 | $84.00 |
| 7/9/08 | CM | Email to JV re visit to premises by landlord. | FLI | 0.1 | $42.00 |
| 7/10/08 | Admin | Exchange emails with JV re rescheduling meeting. | FLI | 0.1 | $42.00 |
| 7/11/08 | Admin | Email to JV re status. | FLI | 0.1 | $42.00 |
| 7/12/08 | Admin | Review file. Email to JV. | FLI | 0.1 | $42.00 |
| 7/14/08 | CM | Spoke with JV re hearing on Richter motions tomorrow. Discuss complaint filed with Secretary of State by Sarah Richter. | FLI | 0.3 | $126.00 |
| 7/14/08 | CM | Met with JV re hearing tomorrow on Richters' mtoions, as well as Richters' complaint to Illinois Attorney General. | FLI | 0.3 | $126.00 |
| 7/14/08 | CM | Spoke with Abe Brustein re motions set for hearing tomorrow. | FLI | 0.2 | $84.00 |
| 7/14/08 | DS&P | Spoke with JV re general outline for a plan. | FLI | 0.2 | $84.00 |
| 7/15/08 | CM | Prepare for court; review motions and pleadings. | FLI | 0.3 | $126.00 |
| 7/15/08 | CM | Court appearance to argue motions against Richters. Order entered requiring compliance with Rule 2004 examination request. | FLI | 0.5 | $210.00 |
| 7/15/08 | CM | Conference with Abe Brustein re various motions, possible settlement, easing of litigation, and the like. | FLI | 0.2 | $84.00 |
| 7/15/08 | CM | Draft and send email to JV re events of the morning. | FLI | 0.2 | $84.00 |
| 7/15/08 | CM | Spoke with JV re Richter motions, responses. | FLI | 0.3 | $126.00 |
| 7/16/08 | CM | Review request to produce documents. Copy requests. Prepare for meeting with JV this afternoon. | FLI | 0.3 | $126.00 |
| 7/16/08 | CM | Meet with JV re court order re 2004 exam, motion to reconsider and vacate, and other matters. | FLI | 0.3 | $126.00 |
| 7/16/08 | CM | Begin drafting motion to vacate. | FLI | 0.3 | $126.00 |
| 7/16/08 | CM | Review fax from Brustein; send email re same to JV. | FLI | 0.2 | $84.00 |
| 7/16/08 | CM | Draft motion to reconsider and vacate | FLI | 1.0 | $420.00 |
| 7/17/08 | CM | Spoke with JV re approach to Richter request to move out. | FLI | 0.2 | $84.00 |
| 7/17/08 | CM | Prepare for court; review motions and pleadings. | FLI | 0.2 | $84.00 |
| 7/17/08 | CM | Court appearance re Richters' motion; court ordered Debtor to pay $5,000 for May and June 2008, but continued all other matters to July 31, 2008. | FLI | 0.5 | $210.00 |
| 7/17/08 | CM | Report to JV and WR re court's ruling this morning, continuation of the Richters' motion, and other matters. | FLI | 0.3 | $126.00 |
| 7/17/08 | CM | Review and revise motion to vacate order of July 15; draft notice of motion and proposed order. | FLI | 0.7 | $294.00 |
| 7/17/08 | Cred | Return call from Diane Wolinski; left message. | FLI | 0.1 | $42.00 |
| 7/18/08 | Admin | Review email from Lasko; respond. | FLI | 0.2 | $84.00 |
| 7/18/08 | Admin | Further revisions to motion to vacate order. | FLI | 0.5 | $210.00 |
| 7/18/08 | CM | Draft motion to modify order of July 17, 2008. Draft notice of motion and proposed order. | FLI | 0.7 | $294.00 |
| 7/18/08 | CM | Spoke with A. Brustein re motions to vacate and to modify that were filed earlier today and set for July 31. | FLI | 0.2 | $84.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/21/08 | Adv | Review new adversary complaint filed by Richters. | FLI | 0.1 | $42.00 |
| 7/21/08 | Adv | Send new adversary to JV with commentary. Exchange emails with JV. | FLI | 0.1 | $42.00 |
| 7/24/08 | CM | Email to JV re subpoenas for taking 2004 exam of AB66 and CVHC. Discuss options. | FLI | 0.2 | $84.00 |
| 7/24/08 | DS&P | Email to JV re disclosure statement and plan. | FLI | 0.1 | $42.00 |
| 7/25/08 | CM | Review letter and documents from Burnstein; email response. | FLI | 0.2 | $84.00 |
| 7/28/08 | Admin | Exchange emails with JV. | FLI | 0.1 | $42.00 |
| 7/28/08 | CM | Exchange emails with Brustein re motions. | FLI | 0.1 | $42.00 |
| 7/28/08 | CM | Exchange emails with JV re proofs of claim. | FLI | 0.1 | $42.00 |
| 7/28/08 | DS&P | Exchange emails with JV re investors for Local Choices and strategy for dealing with same. | FLI | 0.2 | $84.00 |
| 7/28/08 | Obj | Download, print, and scan claims register. Email to JV with discussion. | FLI | 0.2 | $84.00 |
| 7/29/08 | DS&P | Spoke with JV re plan for reorganizing Local Choices; need for additional time to put together disclosure statement and plan. | FLI | 0.3 | $126.00 |
| 7/30/08 | CM | Email to JV re motions to be heard on 7/31/08 concerning the Richters. | FLI | 0.2 | $84.00 |
| 7/30/08 | CM | Prepare to argue motions re Richters. | FLI | 0.5 | $210.00 |
| 7/30/08 | CM | Email to Brustein re inability of Vincent to move by July 31. | FLI | 0.1 | $42.00 |
| 7/30/08 | CM | Spoke with Brustein re Richters' motion and re prospects for reorganization. | FLI | 0.1 | $42.00 |
| 7/30/08 | CM | Call to Richard Magnone re brief due in circuit court re jurisdiction. | FLI | 0.1 | $42.00 |
| 7/31/08 | Admin | Inform JV of the court's rulings on the various Richter motions. | FLI | 0.2 | $84.00 |
| 7/31/08 | Admin | Respond to JV's email about investors, financing, and development of the product. | FLI | 0.2 | $84.00 |
| 7/31/08 | CM | Conference with opposing counsel to resolve one motion. | FLI | 0.3 | $126.00 |
| 7/31/08 | CM | Court appearance re motions of Richters and of LC. One motion was withdrawn; one denied; one granted. | FLI | 0.5 | $210.00 |
| 7/31/08 | Pre-Tr | Send email to R. Magnone re withdrawing his motion to extend the judgment of possession. | FLI | 0.1 | $42.00 |
| 7/31/08 | Pre-Tr | Spoke with R. Magnone. He agreed to withdraw his motion and to present the order of withdrawal to the court tomorrow. | FLI | 0.1 | $42.00 |
| 8/4/08 | Admin | Spoke with JV re reorganizational plans and fees. | FLI | 0.2 | $84.00 |
| 8/5/08 | Adv | Review motion to compel answer more quickly on adversary filed by the Richters. | FLI | 0.2 | $84.00 |
| 8/5/08 | Adv | Email to JV re Richters' motion. | FLI | 0.1 | $42.00 |
| 8/6/08 | Admin | Exchange emails with JV. | FLI | 0.1 | $42.00 |
| 8/6/08 | Pre-Tr | Draft motion to dismiss adversary; draft notice of motiona and order. | FLI | 1.5 | $630.00 |
| 8/6/08 | Pre-Tr | Serve objection to motion on clients. | FLI | 0.1 | $42.00 |
| 8/7/08 | CM | Review fax from Rackspace; scan in and email to JV with warning to pay. | FLI | 0.2 | $84.00 |
| 8/7/08 | DS&P | Exchange emails with JV re disclosure statement and plan. | FLI | 0.1 | $42.00 |

| 8/7/08 | Pre-Tr | Prepare for court. Give copy of objection to opposing counsel. | FLI | 0.3 | $126.00 |
|--------|--------|------|-----|-----|---------|
| 8/7/08 | Pre-Tr | Court appearance to argue against Richters' motion to short time to answer the adversary.  Order entered denying their motion. | FLI | 0.5 | $210.00 |
| 8/7/08 | Pre-Tr | Exchange emails with VC re research into jurisdiction of issues addressed in Richters' suit. | FLI | 0.2 | $84.00 |
| 8/9/08 | Admin | Review emails from JV.  Respond.  Indicate readiness to withdraw as counsel since no arrangements were made to pay fees. | FLI | 0.2 | $84.00 |
| 8/9/08 | CM | Review new motion from Richters.  Begin drafting objection to motion. | FLI | 0.3 | $126.00 |
| 8/9/08 | Employ | Draft motion for leave to withdraw as counsel. | FLI | 0.3 | $126.00 |
| 8/9/08 | Employ | Draft email to client; send with copy of motion to withdraw. | FLI | 0.2 | $84.00 |
| 8/11/08 | Admin | Exchange emails with JV re plan for reorganization and payment of fees. | FLI | 0.1 | $42.00 |
| 8/12/08 | Admin | Revise draft of motion to withdraw as counsel. | FLI | 0.2 | $84.00 |
| 8/12/08 | Admin | Draft email to client; send with copy of motion to withdraw. | FLI | 0.2 | $84.00 |
| 8/13/08 | CM | Spoke with Abe Brustein re Richters' motion to convert or dismiss the case and action to be taken on other motions up on 8/19. | FLI | 0.2 | $84.00 |
| 8/14/08 | Pre-Tr | Review and revise motion to dismiss adversary filed by the Richters. | FLI | 0.3 | $126.00 |
| 8/15/08 | CM | Send email to JV re complying with discovery requests of Richters pursuant to motion to take Rule 2004 exam. | FLI | 0.1 | $42.00 |
| 8/19/08 | Admin | Spoke with JV re dismissing case. | FLI | 0.2 | $84.00 |
| 8/19/08 | Admin | Court appearance re motion to dismiss case. | FLI | 0.2 | $84.00 |
| 8/19/08 | Admin | Draft notice of motion, motion to dismiss case voluntarily, and order dismissing case. | FLI | 0.5 | $210.00 |
| 8/19/08 | Admin | Draft notice of hearing on motion to dismiss case; direct CB to copy and send to all creditors. | FLI | 0.2 | $84.00 |
| 8/19/08 | Admin | Serve motion to dismiss on client by emailing to JV and WR. | FLI | 0.1 | $42.00 |
| 8/19/08 | Admin | File Certificate of Service for motions. | FLI | 0.1 | $42.00 |
| 8/19/08 | Adv | Court appearance re motion to dismiss adversary. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Court appearance re Richters' motion to convert to chapter 7. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Court appearance re Richters' motion to compel payment of post-petition rent. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Spoke with Brustein re cooperating in sending notices of motions to convert and to dismiss. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Download email; make 136 copies of Brustein's notice of hearing. Direct CB to fold and include in mailing. | FLI | 0.2 | $84.00 |
| 8/19/08 | Employ | Court appearance re motion to withdraw as counsel. | FLI | 0.2 | $84.00 |
| 8/19/08 | Fee | Draft final application for fees, order, notices. | FLI | 1.0 | $420.00 |
| 8/19/08 | Fee | Draft notice of hearing on final fees. Direct CB to mail to all creditors. | FLI | 0.4 | $168.00 |
| 8/20/08 | Admin | Meeting (projected) with JV re status, effects of conversion or dismissal of case, and other matters. | FLI | 1.0 | $420.00 |

| 8/26/08 | Admin | Prepare for court (projected) and court appearance (projected) re petition for fees, dismissal of case, and other matters. | FLI | 1.0 | $420.00 |
|---------|-------|---------------------------------------------------------------------------------------------------------------------------|-----|-----|---------|
| Date | Pre-Tr | Draft objection to motion to shorten time to file answer to adversary complaint filed by Richters. | FLI | 0.8 | $336.00 |
| 6/6/08 | Admin | Provide information to P. Berk for Application for Attorneys' Fees | HM | 0.4 | $70.00 |
| 6/19/08 | CM | Discuss with FLI the legal defenses to the Richters' motions. | HM | 0.2 | $35.00 |
| 6/20/08 | CM | File Motion to Strike | HM | 0.4 | $70.00 |
| 7/18/08 | Admin | Revise and file Motion to Approve Modification of 1/17/08 Order and Motion to Vacate Portions of 7/15/08 Order per FLI; e-mail same to client | HM | 0.8 | $140.00 |
| 8/14/08 | Admin | Revise and file Motion to Dismiss Richter Suit+A31 | HM | 0.4 | $70.00 |
| 8/19/08 | Admin | Prepare and forward creditor maitrix to C. Brown | HM | 0.2 | $35.00 |
| 6/2/08 | Admin | Created Timesheets for PLB | PFL | 0.8 | $160.00 |
| 6/3/08 | Admin | Edited timesheets for entry errors | PFL | 0.9 | $180.00 |
| 6/9/08 | Admin | Reviewed documents regarding domain registrations | PFL | 0.6 | $120.00 |
| 6/18/08 | Pre-Tr | Attended Status/motion call, accepted filing from OC | PFL | 0.9 | $180.00 |
| 6/2/08 | Fee | Review timesheets for first interim fee application | PLB | 0.3 | $75.00 |
| 6/3/08 | CM | Review Forrest correspondence with Brustein and Hynes re: settlement | PLB | 0.2 | $50.00 |
| 6/3/08 | Fee | Begin drafting fee application for Forrest L. Ingram, PC | PLB | 0.5 | $125.00 |
| 6/4/08 | Fee | Continue drafting first interim fee application | PLB | 2.5 | $625.00 |
| 6/5/08 | Fee | Spoke with Forrest re: drafting fee application | PLB | 0.1 | $25.00 |
| 6/5/08 | Fee | Continue drafting first interim fee application | PLB | 4.3 | $1,075.00 |
| 6/5/08 | Fee | Compile itemization of expenses for first interim fee application | PLB | 0.7 | $175.00 |
| 6/5/08 | Fee | Draft proposed order for first interim fee app | PLB | 0.4 | $100.00 |
| 6/6/08 | Fee | Revise fee application | PLB | 1.0 | $250.00 |
| 6/6/08 | Fee | Prepare notice of motion, service list, and cover sheet for fee application | PLB | 0.6 | $150.00 |
| 6/6/08 | Fee | Conference with Forrest and Lena re: revising list of expenses | PLB | 0.2 | $50.00 |
| 6/6/08 | Fee | Make Forrest revisions to fee application | PLB | 0.5 | $125.00 |
| 6/6/08 | Fee | Email Lena re: additional expenses not included in itemization, for fee application | PLB | 0.1 | $25.00 |
| 6/9/08 | Fee | Make final revisions to fee application | PLB | 1.2 | $300.00 |
| 6/9/08 | Fee | Direct staff to serve out fee application and notice of hearing | PLB | 0.1 | $25.00 |
| 6/9/08 | Fee | Scan documents and file first fee application electronically | PLB | 0.3 | $75.00 |
| 6/10/08 | Adv | Review Forrest Motion to Voluntarily Dismiss Adversary against MBA | PLB | 0.2 | $50.00 |
| 6/10/08 | Adv | Prepare Motion to Voluntarily Dismiss Adversary for filing, file electronically, and serve | PLB | 0.3 | $75.00 |
| 6/10/08 | Fee | Draft notice of hearing on first fee application and certificate of service, direct staff to serve | PLB | 0.8 | $200.00 |
| 6/16/08 | CM | Conference with Lena to prepare for various contested matters vs. MBA on docket tomorrow | PLB | 0.4 | $100.00 |

| 6/17/08 | CM | Attend court on Debtor motion for injunctive relief, MBA motion for Rule 2004 Exam, MBA motion to convert or dismiss, and adversaries v. MBA | PLB | 1.0 | $250.00 |
|---------|------|----------------------------------------------------------------------------------------------------------------------------------|-----|-----|---------|
| 6/17/08 | CM | Send email to Forrest re: result of Court this morning on MBA matters | PLB | 0.1 | $25.00 |
| 7/3/08 | Fee | Spoke with Forrest re: result of fee hearing today | PLB | 0.1 | $25.00 |
| 7/11/08 | CM | Review Richters Response to Motion to Strike Motion to Compel Payment of Post-petition rent | PLB | 0.3 | $75.00 |
| 7/11/08 | CM | Review Motion to Compel payment of Post-petition Rent filed by Richters | PLB | 0.2 | $50.00 |
| 7/14/08 | Admin | Spoke with Forrest concerning possible sale of Local Choices assets | PLB | 0.2 | $50.00 |

Totals by Attorney

| | | |
|-------|------|-------------|
| Clerk | 11.5 | $1,035.00 |
| FLI | 65.3 | $27,426.00 |
| HM | 2.4 | $420.00 |
| PFL | 3.2 | $640.00 |
| PLB | 16.6 | $4,150.00 |

Totals                                       99    $33,671.00