IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL CHOICES US, INC. ) | Case No. 08 B 5224 |
| ) | |
| Debtor and Debtor in Possession. ) | Judge Pamela S. Hollis |
| ) | 8/19/08 at 10:00 A.M. |
| ) | |

### ORDER ALLOWING WITHDRAWAL OF COUNSEL

This matter came to be heard on the motion of the counsel for the Debtor and Debtor in Possession to withdraw as counsel. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** the attorneys of FORREST L. INGRAM, P.C., Forrest L. Ingram, Peter L. Berk, Patrick F. Lambe, and Helena Milman, are granted leave to withdraw as counsel for the Debtor and Debtor in Possession, Local Choices US, Inc. The Debtor is granted 30 days to engage substitute counsel.

Dated: OCT 14 2008

BY THE COURT:

_____
The Honorable Pamela S. Hollis
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.

5