**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08 B 5224 |
| | ) | |
| LOCAL CHOICES US, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO FORREST L. INGRAM, P.C., ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD #154]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $33,671.00 | TOTAL COSTS REQUESTED: | $70.72 |
| TOTAL FEES REDUCED: | $1,176.00 | TOTAL COSTS REDUCED: | $0 |
| TOTAL FEES ALLOWED: | $32,495.00 | TOTAL COSTS ALLOWED: | $70.72 |

**TOTAL FEES AND COSTS ALLOWED: $32,565.72**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(4)   Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

**(13)   No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

**(14)   Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.

IT IS SO ORDERED.                    ENTERED:

Date: OCT 14 2008

_____
PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/7/08 | Pre-Tr | Prepare for court. Give copy of objection to opposing counsel. | FLI | 0.3 | $126.00 |
| 8/7/08 | Pre-Tr | Court appearance to argue against Richters' motion to short time to answer the adversary. Order entered denying their motion. | FLI | 0.5 | $210.00 |
| 8/7/08 | Pre-Tr | Exchange emails with VC re research into jurisdiction of issues addressed in Richters' suit. | FLI | 0.2 | $84.00 |
| 8/9/08 | Admin | Review emails from JV. Respond. Indicate readiness to withdraw as counsel since no arrangements were made to pay fees. | FLI | 0.2 | $84.00 |
| 8/9/08 | CM | Review new motion from Richters. Begin drafting objection to motion. | FLI | 0.3 | $126.00 |
| 8/9/08 | Employ | Draft motion for leave to withdraw as counsel. | FLI | 0.3 | $126.00 |
| 8/9/08 | Employ | Draft email to client; send with copy of motion to withdraw. | FLI | 0.2 | $84.00 |
| 8/11/08 | Admin | Exchange emails with JV re plan for reorganization and payment of fees. | FLI | 0.1 | $42.00 |
| 8/12/08 | Admin | Revise draft of motion to withdraw as counsel. | FLI | 0.2 | $84.00 |
| 8/12/08 | Admin | Draft email to client; send with copy of motion to withdraw. | FLI | 0.2 | $84.00 |
| 8/13/08 | CM | Spoke with Abe Brustein re Richters' motion to convert or dismiss the case and action to be taken on other motions up on 8/19. | FLI | 0.2 | $84.00 |
| 8/14/08 | Pre-Tr | Review and revise motion to dismiss adversary filed by the Richters. | FLI | 0.3 | $126.00 |
| 8/15/08 | CM | Send email to JV re complying with discovery requests of Richters pursuant to motion to take Rule 2004 exam. | FLI | 0.1 | $42.00 |
| 8/19/08 | Admin | Spoke with JV re dismissing case. | FLI | 0.2 | $84.00 |
| 8/19/08 | Admin | Court appearance re motion to dismiss case. | FLI | 0.2 | $84.00 |
| 8/19/08 | Admin | Draft notice of motion, motion to dismiss case voluntarily, and order dismissing case. | FLI | 0.5 | $210.00 |
| 8/19/08 | Admin | Draft notice of hearing on motion to dismiss case; direct CB to copy and send to all creditors. | FLI | 0.2 | $84.00 |
| 8/19/08 | Admin | Serve motion to dismiss on client by emailing to JV and WR. | FLI | 0.1 | $42.00 |
| 8/19/08 | Admin | File Certificate of Service for motions. | FLI | 0.1 | $42.00 |
| 8/19/08 | Adv | Court appearance re motion to dismiss adversary. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Court appearance re Richters' motion to convert to chapter 7. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Court appearance re Richters' motion to compel payment of post-petition rent. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Spoke with Brustein re cooperating in sending notices of motions to convert and to dismiss. | FLI | 0.2 | $84.00 |
| 8/19/08 | CM | Download email; make 136 copies of Brustein's notice of hearing. Direct CB to fold and include in mailing. | FLI | 0.2 | $84.00 |
| 8/19/08 | Employ | Court appearance re motion to withdraw as counsel. | FLI | 0.2 | $84.00 |
| 8/19/08 | Fee | Draft final application for fees, order, notices. | FLI | 1.0 | $420.00 |
| 8/19/08 | Fee | Draft notice of hearing on final fees. Direct CB to mail to all creditors. | FLI | 0.4 | $168.00 |
| 8/20/08 | Admin | Meeting (projected) with JV re status, effects of conversion or dismissal of case, and other matters. | FLI | 1.0 | $420.00 |

−$420.00
(4)(13)

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/26/08 | Admin | Prepare for court (projected) and court appearance (projected) re petition for fees, dismissal of case, and other matters. | FLI | 1.0 | $420.00 |
| Date | Pre-Tr | Draft objection to motion to shorten time to file answer to adversary complaint filed by Richters. | FLI | 0.8 | $336.00 |
| 6/6/08 | Admin | Provide Information to P. Berk for Application for Attorneys' Fees | HM | 0.4 | $70.00 |
| 6/19/08 | CM | Discuss with FLI the legal defenses to the Richters' motions. | HM | 0.2 | $35.00 |
| 6/20/08 | CM | File Motion to Strike | HM | 0.4 | $70.00 |
| 7/18/08 | Admin | Revise and file Motion to Approve Modification of 1/17/08 Order and Motion to Vacate Portions of 7/15/08 Order per FLI; e-mail same to client | HM | 0.8 | $140.00 |
| 8/14/08 | Admin | Revise and file Motion to Dismiss Richter Suit+A31 | HM | 0.4 | $70.00 |
| 8/19/08 | Admin | Prepare and forward creditor matrix to C. Brown | HM | 0.2 | $35.00 |
| 6/2/08 | Admin | Created Timesheets for PLB | PFL | 0.8 | $160.00 |
| 6/3/08 | Admin | Edited timesheets for entry errors | PFL | 0.9 | $180.00 |
| 6/9/08 | Admin | Reviewed documents regarding domain registrations | PFL | 0.6 | $120.00 |
| 6/18/08 | Pre-Tr | Attended Status/motion call, accepted filing from OC | PFL | 0.9 | $180.00 |
| 6/2/08 | Fee | Review timesheets for first interim fee application | PLB | 0.3 | $75.00 |
| 6/3/08 | CM | Review Forrest correspondence with Brustein and Hynes re: settlement | PLB | 0.2 | $50.00 |
| 6/3/08 | Fee | Begin drafting fee application for Forrest L. Ingram, PC | PLB | 0.5 | $125.00 |
| 6/4/08 | Fee | Continue drafting first interim fee application | PLB | 2.5 | $625.00 |
| 6/5/08 | Fee | Spoke with Forrest re: drafting fee application | PLB | 0.1 | $25.00 |
| 6/5/08 | Fee | Continue drafting first interim fee application | PLB | 4.3 | $1,075.00 |
| 6/5/08 | Fee | Compile itemization of expenses for first interim fee application | PLB | 0.7 | $175.00 |
| 6/5/08 | Fee | Draft proposed order for first Interim fee app | PLB | 0.4 | $100.00 |
| 6/6/08 | Fee | Revise fee application | PLB | 1.0 | $250.00 |
| 6/6/08 | Fee | Prepare notice of motion, service list, and cover sheet for fee application | PLB | 0.6 | $150.00 |
| 6/6/08 | Fee | Conference with Forrest and Lena re: revising list of expenses | PLB | 0.2 | $50.00 |
| 6/6/08 | Fee | Make Forrest revisions to fee application | PLB | 0.5 | $125.00 |
| 6/6/08 | Fee | Email Lena re: additional expenses not included in itemization, for fee application | PLB | 0.1 | $25.00 |
| 6/9/08 | Fee | Make final revisions to fee application | PLB | 1.2 | $300.00 |
| 6/9/08 | Fee | Direct staff to serve out fee application and notice of hearing | PLB | 0.1 | $25.00 |
| 6/9/08 | Fee | Scan documents and file first fee application electronically | PLB | 0.3 | $75.00 |
| 6/10/08 | Adv | Review Forrest Motion to Voluntarily Dismiss Adversary against MBA | PLB | 0.2 | $50.00 |
| 6/10/08 | Adv | Prepare Motion to Voluntarily Dismiss Adversary for filing, file electronically, and serve | PLB | 0.3 | $75.00 |
| 6/10/08 | Fee | Draft notice of hearing on first fee application and certificate of service, direct staff to serve | PLB | 0.8 | $200.00 |
| 6/16/08 | CM | Conference with Lena to prepare for various contested matters vs. MBA on docket tomorrow | PLB | 0.4 | $100.00 |

Handwritten annotation: −$420.00 (4), (13)

| Date | Type | Description | Who | Hours | Amount |
|---|---|---|---|---|---|
| 8/6/08 | Pre-Tr | Serve objection to motion on clients. | FLI | 0.1 | $42.00 |
| 8/7/08 | Pre-Tr | Prepare for court. Give copy of objection to opposing counsel. | FLI | 0.3 | $126.00 |
| 8/7/08 | Pre-Tr | Court appearance to argue against Richters' motion to short time to answer the adversary. Order entered denying their motion. | FLI | 0.5 | $210.00 |
| 8/7/08 | Pre-Tr | Exchange emails with VC re research into jurisdiction of issues addressed in Richters' suit. | FLI | 0.2 | $84.00 |
| 8/14/08 | Pre-Tr | Review and revise motion to dismiss adversary filed by the Richters. | FLI | 0.3 | $126.00 |
| Date | Pre-Tr | Draft objection to motion to shorten time to file answer to adversary complaint filed by Richters. | FLI | 0.8 | $336.00 |
| 6/6/08 | Resrch | Researched removal issues | Clerk | 2.0 | $180.00 |
| 8/7/08 | Resrch | researched for motion to dismiss | Clerk | 1.0 | $90.00 |
| 6/20/08 | Trial | worked on motion to strike P's motion to compel payment | Clerk | 4.0 | $360.00 |
| 6/25/08 | Trial | filed; faxed surreply | Clerk | 0.5 | $45.00 |
| 6/2/08 | Trste | Review email from Friedman; forward to client. | FLI | 0.1 | $42.00 |
| 6/2/08 | Trste | Draft detailed email-letter to trustee re circumstances preventing debtor from filing operating reports. Send copy of money order showing trustee's fees as well as § 1116 statement. | FLI | 0.5 | $210.00 |
| 6/5/08 | Trste | Conference with trustee re status of case. | FLI | 0.1 | $42.00 |
| 7/1/08 | Trste | Spoke with G. Silver re need to file operating reports immediately. | FLI | 0.1 | $42.00 |
| 7/3/08 | Trste | Conference with R. Friedman re setting date for filing disclosure statement and plan. | FLI | 0.1 | $42.00 |
| 7/3/08 | Trste | Meet with R. Friedman; review operating reports with him. | FLI | 0.1 | $42.00 |

-$336 (14)

Totals by Nature

| Category | Hours | Amount |
|---|---|---|
| Admin | 24.5 | $7,989.00 |
| Adv | 2.4 | $923.00 |
| CM | 38.1 | $15,481.00 |
| Cred | 0.9 | $378.00 |
| DS&P | 1.4 | $588.00 |
| Employ | 0.7 | $294.00 |
| Fee | 17.4 | $4,979.00 |
| Obj | 0.2 | $84.00 |
| Pre-Tr | 4.9 | $1,860.00 |
| Resrch | 3 | $270.00 |
| Trial | 4.5 | $405.00 |
| Trste | 1 | $420.00 |
| Totals | 99 | $33,671.00 |